DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDDIE LEE BURTON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0264 and 2D2023-0265
CONSOLIDATED

_____

May 17, 2024

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

KHOUZAM, MORRIS, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.